AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 20 2022
BY ARTHUR JOHNSTON
_____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>KENT EDWARD NEWHOUSE<br><br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:22mj154 LGI<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 13, 2022__ in the county of __Hinds__ in the __Southern__ District of __Mississippi__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code,<br>Sections 922(g)(1) and 924(a)(2) | Possession of a firearm by a previously convicted felon |

This criminal complaint is based on these facts:
See attached affidavit of ATF Special Agent Micah Snyder.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Micah Snyder, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __07/20/2022__

_____
*Judge's signature*

City and state: __Jackson, Mississippi__     Hon. LaKeysha Greer Isaac, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



| | |
|---|---|
| IN THE MATTER OF THE ARREST OF<br>KENT EDWARD NEWHOUSE | Case No. 3:22mj154LGI |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Micah Snyder, being duly sworn and deposed, state the following:

1. I make this affidavit in support of an application for a warrant to arrest **Kent Edward NEWHOUSE**. Based on my training and experience, I believe that **Kent Edward NEWHOUSE** violated Title 18, United States Code, Sections 922(g)(1) and 924(a)(2): Possession of a firearm by a previously convicted felon.

2. I am a Special Agent with the ATF, currently assigned to the Jackson Field Office of the New Orleans Field Division. I have been so employed by the ATF for approximately seven years. Prior to being employed by the ATF, I was employed as a Federal Air Marshal for approximately fourteen years. Before my Air Marshal Service, I was a U.S. Border Patrol Agent for approximately five years. During the course of my law enforcement experiences, I have participated in several criminal investigations, including investigations the offense named herein. During my tenure as a Special Agent with ATF, I have been involved in various capacities with investigations involving the possession of firearms by prohibited persons, including previously convicted felons.

3. Based on my personal knowledge and information I have received from other agents of ATF and other law enforcement agencies, I am aware of the following facts. This

affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## STATEMENT OF PROBABLE CAUSE

4. The United States is investigating an individual, **Kent Edward NEWHOUSE**, who is suspected to have possessed firearms, machineguns, auto-sears, and a 3D-printer capable of producing auto-sears. Auto-sears are firearm components designed to cause semi-automatic firearms to function as fully automatic machineguns.

5. On Monday, April 11, 2022, ATF Special Agent Micah Snyder received information from a credible and reliable confidential source that **NEWHOUSE** was attempting to 3D-print and manufacture auto-sears for Glock pistols. The confidential source stated **NEWHOUSE** advised he had not perfected the auto-sears yet, but would sell the source some auto-sears, upon completion.

6. The ATF has used this confidential source for approximately three years and s/he has provided reliable information that has led to the federal indictment of at least one other individual. The confidential source was originally arrested on a firearms charge and has been working with the ATF since that time. During the time that the confidential source has been working with the ATF, s/he has consistently been providing reliable and accurate information. The confidential source has successful conducted firearms buys for the ATF in the past.

7. On Thursday, July 7, 2022, this confidential source informed your affiant that **NEWHOUSE** was in possession of several auto-sears designed for AR-style pistols and rifles. The confidential source advised that **NEWHOUSE** was trying to sell these auto-sears. The confidential source provided your affiant with four videos, sent to the source by **NEWHOUSE**, showing **NEWHOUSE** shooting two different fully automatic machineguns. The confidential

source advised your affiant that **NEWHOUSE** claimed to have used a 3D-printer to manufacture the auto-sears.

8. On Friday, July 8, 2022, the same confidential source met with **NEWHOUSE** at a location in the City of Jackson, Mississippi. The confidential source advised that **NEWHOUSE** showed him or her a fully automatic AR pistol, four drop-in auto-sears for AR-style firearms, and two pistols. The confidential source reported personally observing these firearms. Approximately two hours after **NEWHOUSE** left the confidential source, the confidential source provided an audio recording to your affiant where **NEWHOUSE** confirmed that he still had auto-sears in his possession.

9. On Monday, July 11, 2022, the same confidential source advised your affiant that **NEWHOUSE** was willing to meet with the confidential source at his residence, 13 Glen Eagles Drive, Jackson, Mississippi 39211, on Wednesday, July 13, 2022, and sell the source the four auto-sears for $400.00. The confidential source stated **NEWHOUSE** was also willing to sell an AR-style machinegun in his possession for $2,000.00. **NEWHOUSE's** residence is in Hinds County, in the Northern Division of the Southern District of Mississippi.

10. On Wednesday, July 13, 2022, your affiant conducted a monitored and controlled purchase of firearms from **NEWHOUSE** at his residence. During this purchase, **NEWHOUSE** sold the confidential source an AR-style pistol with an auto-sear attached and two additional auto-sears for a total cost of $1,800.00. **NEWHOUSE** knowingly possessed these items prior to selling them to the confidential informant. These items were then recovered by the ATF. The AR-style pistol is identified as an Anderson Manufacturing pistol, model AM-15, serial number 21395261. The AR-style pistol was subsequently function-tested by the ATF and was

preliminarily determined to be a machinegun. This weapon qualifies as a "firearm" as defined in Title 18, United States Code, Section 921(a)(3).

11. A preliminary analysis of the recovered AR-style pistol shows that it was not manufactured in the State of Mississippi. Therefore, to be in the State of Mississippi, it would have traveled in or affected either interstate or foreign commerce. **NEWHOUSE** also does not have any firearms registered to him under the National Firearms Registration and Transfer Record.

12. **NEWHOUSE** is a previously convicted felon. On August 10, 2009, **NEWHOUSE** pled guilty to two (2) felony charges for sale of controlled substances in the Circuit Court of Madison County, Mississippi. On August 17, 2009, **NEWHOUSE** was sentenced to ten (10) years in custody of the Mississippi Department of Corrections for these offenses.

13. During the execution of a search warrant at **NEWHOUSE's** house on July 20, 2022, post-*Miranda* advisement, **NEWHOUSE** confirmed knowledge that he is a previously convicted felon.

## CONCLUSION

14. Accordingly, your affiant submits that there is probable cause to believe that **Kent Edward NEWHOUSE**, did violate Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), in that he knowingly possessed a firearm after being a previously convicted felon.

Respectfully submitted,

MICAH SNYDER
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives

Sworn to and subscribed before me this 20th day of July 2022.

HONORABLE LAKEYSHA ISAAC GREER
United States Magistrate Judge