IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
AUG - 2 2022
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:22cr91-CWR-LGI

KENT EDWARD NEWHOUSE

18 U.S.C. § 922(g)(1)
26 U.S.C. § 5861(a)
21 U.S.C. § 841(a)(1)

**The Grand Jury charges:**

COUNT 1

On or about July 13, 2022, in Hinds County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **KENT EDWARD NEWHOUSE**, knowing he had previously been convicted of a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT 2

Beginning at least as early as April 2022 and continuing until on or about July 20, 2022, in Hinds County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **KENT EDWARD NEWHOUSE**, aided and abetted by others known and unknown to the Grand Jury, did engage in business as a manufacturer of firearms without having paid the special (occupational) tax required by Title 26, United States Code, Section 5801 and not having registered as required by Title 26, United States Code, Section 5802.

All in violation of Title 26, United States Code, Sections 5801, 5802, 5845, 5861(a), and 5871; and Title 18, United States Code, Section 2.

COUNT 3

On or about July 20, 2022, in Hinds County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **KENT EDWARD NEWHOUSE**, knowing he had previously been convicted of a crime which is punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

COUNT 4

On or about July 20, 2022, in Hinds County in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendant, **KENT EDWARD NEWHOUSE**, aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant, **KENT EDWARD NEWHOUSE**, shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United

States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853; Title 26, United States Code, Section 5872; and Title 28, United States Code, Section 2461(c).

DARREN J. LAMARCA
United States Attorney

**A TRUE BILL:**
**S/SIGNATURE REDACTED**
**Foreperson of the Grand Jury**

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 2nd day of August 2022.

UNITED STATES MAGISTRATE JUDGE

3